IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOHN F. SULLIVAN, WILLIAM E.
PHILLIPS, KAREN N. WITHEE,
PAUL J. SPECHT and THOMAS O.
OLSON, on behalf of themselves and
all others similarly situated,

      Plaintiffs,

v.

CUNA MUTUAL INSURANCE
SOCIETY and CUNA MUTUAL
GROUP MEDICAL CARE PLAN FOR
RETIREES,

      Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-455-vis

      This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants CUNA Mutual Insurance Society and CUNA Mutual Group Medical Care Plan for Retirees and this case is dismissed.

_____      _____
Peter Oppeneer, Clerk of Court                           Date

                                                                         2/16/10